**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **JOHN MORELAND,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| **v.** ) | **CASE NO. 1:18-CV-01923-JMS-DLP** |
| ) | |
| **JAY MICHENER, d/b/a** ) | |
| **INDIANA PUBLIC AUTO AUCTION,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **STEVE ARCHER, d/b/a** ) | |
| **INDIANA PUBLIC AUTO AUCTION,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

**ORDER APPROVING SETTLEMENT AGREEMENT**

The Court, having reviewed the Parties' Settlement Agreement and General Release ("Agreement") in this matter, hereby finds that the Agreement represents a fair and reasonable resolution of this matter. The Court therefore GRANTS the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice and DISMISSES WITH PREJUDICE this case, each party to bear his own costs and fees except as otherwise provided in the Parties' Agreement.

SO ORDERED.

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Date: 10/10/2018

Distribution:
Counsel of record via CM/ECF